### John C. Wilson v. William E. Hughes.

1. RES ADJUDICATA—*Former Appeals in the Same Case.*—Matters decided in the first appeal will not be reconsidered on a second appeal of the same case.

**Partition.**—Appeal from the Circuit Court of Greene County; the Hon. ROBERT B. SHIRLEY, Judge, presiding. Heard in this court at the November term, 1899. Affirmed. Opinion filed February 27, 1900.

JOHN C. WILSON, attorney *pro se;* GRANT FOREMAN and WILLIAM H. SLACK, of counsel.

WILLIAM WARD HUGHES, solicitor for appellee.

MR. JUSTICE BURROUGHS delivered the opinion of the court.

This case was before us at a former term, and is reported as "William H. Slack et al. v. William E. Hughes." (71 Ill. App. 91.) We then reversed the order that had theretofore been made therein by the Circuit Court, and remanded the case to that court with directions to refer "the matter to the master and take and report proof as to the amount actually due to Hughes, and upon its ascertainment, that it

be decreed to be paid to him and the excess, if any, to appel-
lants (Slack & Foreman) to the amount of their claim, as
shown, and the residue, if any, to Wilson."

The Circuit Court having referred the matter to the mas-
ter as directed, he took and reported the evidence offered
by appellee and appellant (Slack & Foreman offering none),
and from the evidence reported by the master the court
found there was due Hughes from Wilson, which was
embraced in the order in question, the sum of $650.15, and
ordered the master to pay Hughes out of the fund in ques-
tion, first the costs herein and then said sum of $650.15, so
far as said fund will discharge the same.

The appellant Wilson, seeks now to reverse that order,
because among other things he insists that the amount
found to be due from him to Hughes is excessive, as is shown
by the evidence.

We have carefully examined the evidence and are of the
opinion that the same supports and warrants the finding
and order.

The other errors assigned and urged to reverse the order
appealed from, were all involved in the adjudication made
by this court when this case was formerly before us, and
for that reason will not be again considered by us. The
record being free from reversible error, we affirm the order
appealed from. Order affirmed.